# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 18-60129
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

December 11, 2018

Lyle W. Cayce
Clerk

VALERIE BERRY,

> Plaintiff - Appellant

v.

CITY OF CLINTON, MISSISSIPPI; CLINTON, MISSISSIPPI POLICE DEPARTMENT; JOHN DOES 1-10,

> Defendants - Appellees

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:16-CV-820

Before REAVLEY, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM:*

The judgment of the district court is affirmed for the reasons given by that court.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.